# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ROBERT M. CRANE,<br><br>Plaintiff,<br><br>v.<br><br>Warden KARL FORT,<br><br>Defendant. | CIVIL ACTION NO.<br>5:15-cv-00345-TES-CHW |

## ORDER DENYING PLAINTIFF'S MOTION TO SUPPRESS

Before the Court is Defendant's Motion to Suppress Irrelevant Documents and Statement or Verbal Questioning of Plaintiff's Criminal Convictions [Doc. 70]. In accordance with the Court's oral rulings at a conference on June 18, 2018, the Court **DENIES** the Motion. Defendant will be permitted to introduce evidence of Defendant's most recent criminal conviction pursuant to Fed. R. Evid. 608 and 609. This evidence is relevant to explain Plaintiff's current circumstances and the events giving rise to the issues of this case.

**SO ORDERED**, this 20th day of June, 2018.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT